UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO ALEXANDER REYES SANCHEZ,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 2:26-cv-1112-JDP (P)

ORDER

Petitioner, a federal prisoner, brings this action under section 2241. ECF No. 1. After review of the petition, I find that it does not state a cognizable claim for relief. I will give petitioner a chance to explain why, if at all, this action should proceed before recommending it be dismissed.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Petitioner's sole claim appears to allege the Bureau of Prisons is violating the law by refusing to apply his credits under the First Step Act ("FSA") because he is subject to a final

order of removal. ECF No. 1 at 6-7. But the FSA specifically indicates that prisoners who are subject to such an order are ineligible for credits. *See* 18 U.S.C. § 3632(d)(4)(E)(i) ("A prisoner is ineligible to apply time credits under subparagraph (C) if the prisoner is the subject of a final order of removal under any provision of the immigration laws."). Petitioner argues that his final order of removal is "legally void" and "invalid," but he does not adequately explain how. ECF No. 1 at 6-7. If this action is to proceed, petitioner must explain, in greater detail, the status of the immigration proceedings against him and why any final order of removal is invalid.

Accordingly, it is ORDERED that:

1. The petition, ECF No. 1, is DISMISSED with leave to amend within thirty days.

2. Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

3. Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk of Court shall send petitioner a section 2241 habeas form with this order.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE